Former order, 562 U.S. 808, 131 S. Ct. 397, 178 L. Ed. 2d 263, 2010 U.S. LEXIS 7517.

**No. D-2499. In the Matter of Disbarment of Richard H. Kress.**

562 U.S. 1212, 131 S. Ct. 1565, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1095.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 808, 131 S. Ct. 397, 178 L. Ed. 2d 263, 2010 U.S. LEXIS 7494.

**No. D-2500. In the Matter of Disbarment of Andrew M. Kimmel.**

562 U.S. 1212, 131 S. Ct. 1565, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1087.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 397, 178 L. Ed. 2d 263, 2010 U.S. LEXIS 7535.

**No. D-2501. In the Matter of Disbarment of Hal J. Shaffer.**

562 U.S. 1212, 131 S. Ct. 1566, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1107.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 398, 178 L. Ed. 2d 263, 2010 U.S. LEXIS 7553.

**No. D-2502. In the Matter of Disbarment of Bruce Nicholls.**

562 U.S. 1212, 131 S. Ct. 1566, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1086.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 398, 178 L. Ed. 2d 263, 2010 U.S. LEXIS 7515.

**No. D-2503. In the Matter of Disbarment of Shelley A. Strasson.**

562 U.S. 1212, 131 S. Ct. 1566, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1099.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 398, 178 L. Ed. 2d 264, 2010 U.S. LEXIS 7464.

**No. D-2504. In the Matter of Disbarment of Leonard W. Krouner.**

562 U.S. 1213, 131 S. Ct. 1566, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1100.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 398, 178 L. Ed. 2d 264, 2010 U.S. LEXIS 7507.

**No. D-2505. In the Matter of Disbarment of Mary C. Wickenkamp.**

562 U.S. 1213, 131 S. Ct. 1566, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1102.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 398, 178 L. Ed. 2d 264, 2010 U.S. LEXIS 7649.